IN RE: PETITION TO INCLUDE WARRANTLESS ARREST
PROCEDURES IN DOMESTIC VIOLENCE CASES

Supreme Court of Arkansas
Delivered July 18, 1994

PER CURIAM. We hereby publish the following proposed
amended Rule 4.1 of the Arkansas Rules of Criminal Procedure
for review and comment by the bench and bar. Comments shall
be filed with Les Steen, Supreme Court Clerk, within sixty (60)
days of the date of this per curiam order..

RULE 4.1 Authority to Arrest Without Warrant.

(a) A law enforcement officer may arrest a person
without a warrant if the officer has reasonable cause to
believe that such person has committed

(i) a felony;

(ii) a traffic offense involving:

(A) death or physical injury to a person; or

(B) damage to property; or

(C) driving a vehicle while under the influence
of any intoxicating liquor or drug;

(iii) any violation of law in the officer's presence;

(iv) *acts which constitute a crime under the laws of
this state and which constitute domestic abuse as defined
by law against a family or household member and which
occurred within four (4) hours preceding the arrest.*

(b) A private person may make an arrest where he has
reasonable grounds for believing that the person arrested
has committed a felony.

(c) An arrest shall not be deemed to have been made
on insufficient cause hereunder solely on the ground that
the officer or private citizen is unable to determine the par-
ticular offense which may have been committed.

(d) A warrantless arrest by an officer not personally

possessed of information sufficient to constitute reasonable cause is valid where the arresting officer is instructed to make the arrest by a police agency which collectively possesses knowledge sufficient to constitute reasonable cause.